JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAURA PANGILINAN FIGUEROA,** | **NO. CV 17-0026-KS** |
| **Plaintiff,** | |
| v. | **JUDGMENT** |
| **NANCY A. BERRYHILL**, Acting Commissioner of Social Security, | |
| **Defendant.** | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: May 10, 2018

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE